## Payment Information

| Item | Qty | Unit Price | Total Price |
|---|---|---|---|
| Number of Out-Of-State Lawyers | 1 | $ 358.00 | $ 358.00 |

**Payment Total: $ 358.00**

Date: May 9th, 2019 11:25 AM
Transaction #: 61718766355

## Case Information

Civil Action Number  18cv01281

Email  nward@rblaw.net

## Filing Name and Address

Stephan Blandin
321 N Clark St., Suite 900
Chicago, IL 60654

Your Email
nward@rblaw.net

## Credit Card Information

Amex
xxxxxxxx5023
Expires: October 2023