IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

**BRADLEY COTTRELL, on behalf of the
ESTATE OF BERNARD DALE
COTTRELL,**

    **Plaintiff,**

    v.                                               **Civil Action No. 2:18-cv-01281
Honorable Thomas E. Johnston**

**NATHAN SCOTT STEPP, Individually as
a member of the West Virginia State
Police; ZACH W. HARTLEY, Individually
as a member of the West Virginia State
Police; OKEY S. STARSICK, Individually
as a member of the West Virginia State
Police; ROBERT B. HICKMAN,
Individually as a member of the Roane
County Sheriff's Department; ROANE
COUNTY SHERIFF'S DEPARTMENT;
and WEST VIRGINIA STATE POLICE,**

    **Defendants**

## DEFENDANT DEPUTY HICKMAN'S MOTION FOR SUMMARY JUDGMENT

**COMES NOW** Defendant Deputy Robert B. Hickman, by and through his counsel, the law firm of Bailey & Wyant, PLLC, Charles R. Bailey, John P. Fuller and Jeffrey M. Carder and for reasons more fully supported in the Memorandum of Law filed contemporaneously herewith, moves this Court for entry of an Order granting summary judgment in his favor and against the Plaintiff.

**WHEREFORE**, Defendant Deputy Robert B. Hickman respectfully moves this Court for entry of an Order granting summary judgment to Defendant Robert B. Hickman and against the Plaintiff and for all other relief that this Court deems just and appropriate.

**DEPUTY ROBERT B. HICKMAN,**

**By Counsel,**

 /s/ John P. Fuller
**Charles R. Bailey (WV Bar #0202)**
**John P. Fuller (WV Bar #9116)**
**Jeffrey M. Carder (WV Bar #12725)**
**BAILEY & WYANT, PLLC**
**500 Virginia Street, East, Suite 600**
**Post Office Box 3710**
**Charleston, West Virginia 25337-3710**
**T: 304.345.4222**
**F: 304.343.3133**
**cbailey@baileywyant.com**
**jfuller@baileywyant.com**
**jcarder@baileywyant.com**

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

**BRADLEY COTTRELL, on behalf of the ESTATE OF BERNARD DALE COTTRELL,**

    **Plaintiff,**

    v.                                            **Civil Action No. 2:18-cv-01281**
                                                           **Honorable Thomas E. Johnston**

**NATHAN SCOTT STEPP, Individually as a member of the West Virginia State Police; ZACH W. HARTLEY, Individually as a member of the West Virginia State Police; OKEY S. STARSICK, Individually as a member of the West Virginia State Police; ROBERT B. HICKMAN, Individually as a member of the Roane County Sheriff's Department; ROANE COUNTY SHERIFF'S DEPARTMENT; and WEST VIRGINIA STATE POLICE,**

    **Defendants**

## <u>CERTIFICATE OF SERVICE</u>

    **I HEREBY CERTIFY** that a true and correct copy of foregoing "**Defendant Deputy Hickman's Motion for Summary Judgment**" was served upon the following parties through the Court's Electronic Case Filing (ECF) system on this day, Monday, September 9, 2019:

Russell A. Williams
Katz, Kantor, Stonestreet & Buckner PLLC
112 Capitol Street, Suite 200
Charleston, WV  25301
*Counsel for Bradley Cottrell*

Vincent Arrigo
Nicolette A. Ward
Romanucci & Blandin, LLC
321 North Clark Street, Suite 900
Chicago, IL  60654
*Counsel for Bradley Cottrell*

Michael Mullins
Steptoe & Johnson PLLC
Chase Tower, 17th Floor
707 Virginia Street, East
PO Box 1588
Charleston, WV 25326-1588
*Counsel for Trooper Okey S. Starsick, Trooper Scott Stepp,
Trooper Zach W. Hartley and West Virginia State Police*

   **/s/ John P. Fuller**
**Charles R. Bailey (WV Bar #0202)**
**John P. Fuller (WV Bar #9116)**
**Jeffrey M. Carder (WV Bar #12725)**
**BAILEY & WYANT, PLLC**
**500 Virginia Street, East, Suite 600**
**Post Office Box 3710**
**Charleston, West Virginia 25337-3710**
**T: 304.345.4222**
**F: 304.343.3133**
**cbailey@baileywyant.com**
**jfuller@baileywyant.com**
**jcarder@baileywyant.com**