IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

BRADLEY COTTRELL,
on behalf of the Estate of,
BERNARD DALE COTTRELL,

                Plaintiffs,

v.                                    CIVIL ACTION NO.   2:18-cv-01281

NATHAN SCOTT STEPP,
Individually as a member of the
West Virginia State Police, et al.,

                Defendants.

**ORDER**

Pending before the Court is Plaintiff Bradley Cottrell's ("Plaintiff") Motion to Continue Trial. (ECF No. 86.) Defendants Nathan S. Stepp ("Stepp"), Zach W. Hartley, and Okey S. Starsick filed their Response on November 4, 2019. (ECF No. 87.) Defendant Robert B. Hickman filed his Response on November 5, 2019. (ECF No. 88.) Defendants the Roane County Sheriff's Department and the West Virginia State Police filed no response.

Plaintiff has moved this Court to stay these proceedings because Defendant Stepp was recently deployed overseas for an undetermined amount of time. (ECF No. 86 at 2.) No party has objected to this request. Defendants advise that Stepp was deployed to Syria on October 4, 2019, and does not expect to return until October 1, 2020. (ECF No. 87 at 1.) Thus, for good cause shown, the Court **GRANTS** Plaintiff's Motion to Continue Trial, (ECF No. 86). In light of

Stepp's deployment, it is **ORDERED** that this case, including all proceedings and scheduled dates, is hereby **STAYED** until such time as Stepp returns to West Virginia. The Court **DIRECTS** counsel to monitor Stepp's deployment status and promptly file a motion to re-open this case when he has returned to West Virginia. The Clerk is **DIRECTED** to **REMOVE** this case from the active docket of this Court.

**IT IS SO ORDERED**.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: November 14, 2019

_____
THOMAS E. JOHNSTON
UNITED STATES DISTRICT JUDGE