# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA

**CHARLESTON**
Suite 2400
300 Virginia Street, East
Charleston, WV 25301

P. O. Box 2546
Charleston, WV 25329
304/347-3000

www.wvsd.uscourts.gov

**Reply to:  Charleston**



**THOMAS E. JOHNSTON**
Chief Judge

**RORY L. PERRY II**
Clerk of Court

**HUNTINGTON**
Room 101
845 Fifth Avenue
Huntington, WV 25701
304/529-5588

**BECKLEY**
Room 119
110 North Heber Street
Beckley, WV 25801
304/253-7481

**BLUEFIELD**
Room 1000
601 Federal Street
Bluefield, WV 24701
304/327-9798

May 17, 2021

Edythe Nash Gaiser, Clerk
West Virginia Supreme Court of Appeals
State Capitol, Room E-317
1900 Kanawha Boulevard, East
Charleston, WV 25305

      Re:    Cottrell et al v. Stepp et al; Civil Action No. 2:18-cv-01281

Dear Ms. Gaiser:

      Enclosed please find the certified Order of Certification entered by Judge Thomas E. Johnston on May 17, 2021. Also enclosed is a certified copy of the docket sheet.

      Very truly yours,

      RORY L. PERRY, CLERK OF COURT

By:   s/ Kerri Weese
        Deputy Clerk