IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

BRADLEY COTTRELL,
on behalf of the Estate of,
BERNARD DALE COTTRELL,

          Plaintiffs,

v.         CIVIL ACTION NO.   2:18-cv-01281

NATHAN SCOTT STEPP,
Individually as a member of the
West Virginia State Police, et al.,

          Defendants.

## ORDER

On May 17, 2021, this Court entered an order certifying certain questions at issue in the above-styled matter to the Supreme Court of Appeals of West Virginia.  (ECF No. 125.) Accordingly, this case, including all schedule dates, is hereby **STAYED** until further Order of this Court, pending resolution of the certified questions.  The Clerk is **DIRECTED** to remove this case from this Court's active docket.

**IT IS SO ORDERED**.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

      ENTER:    May 17, 2021

_____
THOMAS E. JOHNSTON, CHIEF JUDGE